# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 12, 2012

Lyle W. Cayce
Clerk

No. 12-30134

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

JOHNNIE RAY CARPENTER,

Defendant - Appellant

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 09-CR-00271

Before BARKSDALE, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:[*]

After consenting to a jury trial before a magistrate judge, Johnnie Ray Carpenter was convicted for obstructing a deputy United States marshal, and other duly authorized persons, in serving or attempting to serve and execute a legal and judicial writ and process of a court of the United States, in violation of 18 U.S.C. § 1501. He appealed to the district court, which affirmed. *United States v. Carpenter*, No. 09-CR-00271, 2012 WL 292480 (W.D. La. 31 Jan. 2012).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-30134

At the time of the offense, Carpenter was police chief of Winnfield, Louisiana.  He presents three claims:  (1) the evidence was not sufficient to support his conviction for knowingly and willfully obstructing a federal officer in executing an arrest warrant; (2) Carpenter's actions in his official capacity as police chief were justified; and (3) the district court erred in allowing testimonial evidence of Carpenter's criminal history.  Essentially for the reasons stated in the district court's well-reasoned and comprehensive opinion, the judgment is

AFFIRMED.